UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINKA TACUMA WADE MOYE, | No. C-14-3782 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL AND FOR REASSIGNMENT** |
| WILLIAM ALSUP; EDWARD CHEN; PHYLLIS HAMILTON, | |
| Defendants. | |

The undersigned has been named as a Defendant in this action and therefore recuses himself from it. *See* 28 U.S.C. § 455(b)(5). The Clerk shall case this action to be reassigned to another judge.

IT IS SO ORDERED.

Dated: September 2, 2014

_____
EDWARD M. CHEN
United States District Judge