**FILED**

NOV 12 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINKA TACUMA WADE MOYE,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM ALSUP, et al.,<br><br>    Defendants. | No. C 14-3782 LHK (PR)<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

On August 20, 2014, plaintiff, a state detainee proceeding *pro se*, filed a federal civil rights complaint, pursuant to 42 U.S.C. § 1983. That same day, the court sent a notice to plaintiff informing him that he failed to pay the filing fee or file a completed application for leave to proceed in forma pauperis. On September 2, 2014, Judge Chen issued an order of recusal and for reassignment, and on September 8, 2014, this case was assigned to the undersigned. On September 9, 2014, the order of recusal and for reassignment was returned to the court as undeliverable because plaintiff was no longer in custody.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* Civil L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the court has been returned to the court as not

Order of Dismissal Without Prejudice
P:\PRO-SE\LHK\CR.14\Moye782dis311.wpd

1  deliverable, and (2) the court fails to receive within sixty days of this return a written
2  communication from the *pro se* party indicating a current address. *See* Civil L.R. 3-11(b).
3    More than sixty days have passed since the mail sent to plaintiff by the court was
4  returned as undeliverable on September 9, 2014. The court has not received a notice from
5  plaintiff of a new address. Accordingly, the instant complaint is DISMISSED without prejudice
6  pursuant to Rule 3-11 of the Northern District Local Rules. The clerk shall enter judgment and
7  close the file.
8    IT IS SO ORDERED.
9  Dated: 11/12/14                    *Lucy H. Koh*
10                                     LUCY H. KOH
                                       United States District Judge

Order of Dismissal Without Prejudice
P:\PRO-SE\LHK\CR.14\Moye782dis311.wpd            2